

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Anthony Lee Goodin,

Vs. No. 11-17-00073-CR

The State of Texas,

\* From the 220th District Court
  of Comanche County
  Trial Court No. CR04025.

\* March 29, 2019

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the trial court's judgment to reflect that the amount of court costs is $619. As modified, we affirm.